UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24416-CIV-ALTONAGA/White

**CARLOS R. VALDES**,

    Plaintiff,

vs.

**JORGE RODRIGUEZ**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report"), issued on February 10, 2011 [ECF No. 11]. On December 10, 2010, Plaintiff, Carlos R. Valdes ("Valdes"), filed a civil-rights lawsuit under 42 U.S.C. § 1983 [ECF No. 1]. The case was referred to Magistrate Judge White pursuant to Administrative Order 2003-19. (*See* [ECF No. 3]).

In his initial screening under 28 U.S.C. § 1915, Judge White determined, and now recommends, that the Complaint should be dismissed against the Miami-Dade Police Department under section 1915(e)(2)(B)(ii) for failing to state a claim on which relief may be granted. (*See* Report 5–6). Judge White recommends that the Complaint should continue against the other Defendants, and Plaintiff must separately serve them. (*See id.* 6). Finally, Judge White recommends Plaintiff be given leave to amend his Complaint. (*See id.*).

Plaintiff does not object to the Report, but instead has filed a Motion for Extension of Time to research and amend his complaint [ECF No. 14], implicitly conceding the pleading fails to state a claim. Because Plaintiff concedes he has failed to state a claim against the Miami-Dade Police

Case No. 10-24416-CIV-ALTONAGA/White

Department, the Court will affirm and adopt the Report and give Plaintiff thirty (30) days to file an amended complaint.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Report of Magistrate Judge **[ECF No. 11]** is **AFFIRMED AND ADOPTED** as follows:

1. Plaintiff, Carlos Valdez's Complaint seeking relief under 42 U.S.C. § 1983 **[ECF No. 1]** is **DISMISSED without prejudice** against the Miami-Dade Police Department.

2. Plaintiff's Motion **[ECF No. 14]** is **GRANTED**, and Plaintiff has until **March 28, 2011** to file an amended complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of February, 2011.

*(signed)* Cecilia M. Altonaga
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Patrick A. White
counsel of record

Carlos Valdes, *pro se*
#09-0083992
Metro West Detention Center
13850 N.W. 41st Street
Doral, FL 33178