UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24416-CIV-ALTONAGA
MAGISTRATE JUDGE P.A. WHITE

CARLOS VALDEZ,                    :

      Plaintiff,          :    REPORT OF MAGISTRATE
                                JUDGE
v.                                :    (DE#24)

JORGE RODRIGUEZ, et al.,          :


      Defendants.         :
_____

     This Cause is before the Court upon the Defendants' Motion to
stay proceedings pending resolution of plaintiff's related state
criminal prosecution, with incorporated memorandum of law (DE#24).

     The plaintiff filed a civil rights complaint pursuant to 42
U.S.C. §1983, alleging use of unlawful force by police officers.
The preliminary report entered by the Undersigned recommended that
the case proceed against the officers for use of unlawful force,
and they were served by separate order. The Report was adopted on
February 25, 2011.

     The defendants have not filed an answer. Instead, they seek to
stay this case until the completion of the plaintiff's criminal
trial scheduled for May 21, 2011.

     The plaintiff alleges that the officers shot at him without
provocation. The defendants' argue that his claim is refuted by the
fact that he has been charged with three counts of aggravated
assault on a law enforcement officer with a firearm, and possession
of a firearm by a convicted felon.

The plaintiff's charges are integrally related to his allegations against the Defendants, and they argue that the plaintiff may claim Fifth Amendment privilege in response to discovery requests. This overlap is an important factor because it indicates the extent to which the Fifth Amendment rights are implicated. <u>See</u>: <u>Sec. v Healthsouth Corp</u>, 261 F. Supp 2d 1298 (ND Ala. 2003), (the degree to which the issues in the simultaneous civil and criminal proceedings overlap is an important threshold issue in deciding whether the court should stay the civil proceeding; granting stay where the criminal and civil cases overlap).

It is therefore recommended as follows:

1. The defendants' motion to stay proceedings pending the resolution of the plaintiff's related state criminal prosecution (DE#24) be granted.

2. The defendants shall file a status report with the Court, informing the Court of the progress of the plaintiff's criminal trial.

3. The defendants are cautioned that this recommendation to grant the motion to stay is not for an indefinite period of time, and that if the trial is not completed within a reasonable period of time, the motion to stay will be revisited.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 18th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Carlos Valdez, <u>Pro Se</u>
      #09-0083992
      Miami Training and Treatment Center
      Address of record

      James Allen, Esq.
      Asst. Miami Dade County Attorney
      Attorney of record